IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2018 NOV 20 A 9 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Arthur Wade Holmes

Plaintiff(s),

CIVIL ACTION NO 2:18-cv-978-WHA-CSC

JURY DEMAND (MARK ONE)

v.

☐ YES   ☐ NO

Mobile Work Release "Doc"

Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: I'm currently Incarcerated Houston County Jail, My Home address- [redacted] Ozark Al 36360

2. Name and address of defendant(s): Mobile Work Release DOC

3. Place of alleged violation of civil rights: Mobile Work Release DOC

4. Date of alleged violation of civil rights: on or About, ~~⬤⬤~~ - ~~⬤⬤~~ Nov - Dec - 2016

5. State the facts on which you base your allegation that your constitutional rights have been violated: I fell off the Top Rack And was sent To Fountain "CF" gave some IB Profin And sent Back to mobile work Release - No Ex-rAys No Concussion Test, No Nothing I Have Ex-rAys From Dale Medical to Prove This, I was released From Prison Dec 21, 2016.

6.  Relief requested: _____
_____ NA _____
_____
_____
_____
_____

Date: 11-15-18                               _____
                                             Plaintiff(s) Signature

2

ArtHur Wade Holmes #74203
901 E Main St
DoTHAN Al. 36301
I-pod

Legal Mail

Houston County Jail
Inmate Mail

Legal Mail
AL 360
19 NOV '18
PM 4 L

FOREVER USA
Barn Swallow

US Federal District Courts
ONE CHurcH st
Montgomrey Al. 36104

36104-401801
Legal Mail

Legal Mail